27243. CLIFFORD, *alias* CRAIG *v.* THE STATE.

MacINTYRE, J. The present case is in principle controlled by the ruling in the companion case of *Moore* v. *State,* ante.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*